988

No. 575, Misc. WATKINS *v.* WALKER, WARDEN. Supreme Court of Louisiana. Certiorari denied. Petitioner *pro se.* *Jack P. F. Gremillion,* Attorney General of Louisiana, and *Teddy W. Airhart, Jr.,* Assistant Attorney General, for respondent.

No. 599, Misc. MIERS *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Bernard A. Golding* for petitioner. *Waggoner Carr,* Attorney General of Texas, and *James E. Barlow* for respondent.

No. 609, Misc. NASH *v.* CALIFORNIA. District Court of Appeal of California, Third Appellate District. Certiorari denied. Petitioner *pro se.* *Stanley Mosk,* Attorney General of California, and *Doris H. Maier,* Assistant Attorney General, for respondent.

No. 622, Misc. BOOKER *v.* OVERNITE TRANSPORTATION Co., INC. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *Samuel A. Miller* for respondent.

No. 623, Misc. BYRD *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 653, Misc. SMITH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.